YOUTH ADVOCATE PROGRAMS, INC.
2007 NORTH 3RD STREET   HARRISBURG, PA 17102
(717) 232-7580

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS
717-232-7580

Paul A. Flinchbaugh
1785 Rocky Rd
Dover, PA 17315

Emp No   11060

| | | |
|---|---|---|
| Paygroup | WEEKLY | |
| Location | PAYRK | |
| Region | PA | |
| Program | 003 | |
| Department | ADV | |
| Subgroup | 5001 | |

| | | |
|---|---|---|
| FIT | M 0 | 10.00 |
| SIT res | M 0 | |
| SIT work | M 0 | |
| LIT res | M 0 | |
| LIT work | S 0 | |

| | |
|---|---|
| Check No | 1721004 |
| Check Date | 12/10/2018 |
| Period Start | 11/26/2018 |
| Period End | 12/2/2018 |
| Job | ADV |

## COMPANY MESSAGE

### EARNINGS

| Pay Type | Week | Job | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Bonus RT | | | | | | | | 200.00 |
| DSTE | 1 | Advocate P/T | | | 140.00 | | 22.00 | 1,301.50 |
| Group Hrs x Pay | 1 | Advocate P/T | | | 19.50 | 7.0000 | 136.50 | 7,299.25 |
| Paperwork | 1 | Advocate P/T | | | 4.00 | 7.2600 | 29.04 | 1,217.87 |
| Reimbursements | 1 | Advocate P/T | | | | | 44.27 | 867.10 |
| Supervision | 1 | Advocate P/T | | | 1.50 | 7.2600 | 10.89 | 493.71 |
| Track Grp Time | | | | | 9.75 | | | |
| Training | | | | | | | | 7.26 |
| Work Hours | 1 | Advocate P/T | | | 11.00 | | 144.25 | 4,216.75 |

Total Hours Worked  45.75     Total Hours  45.75

### DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income Tax | 19.86 | 796.17 |
| Employee Medicare | 4.65 | 194.81 |
| Social Security Empl | 19.88 | 832.96 |
| PA State Income Tax | 9.84 | 412.47 |
| YORK CITY | 1.00 | 48.00 |
| YORK | 4.49 | 188.09 |
| PA Unemployment Empl | 0.19 | 8.00 |

### EMPLOYEE ACCRUALS

| Accrual Description | Taken | Current | Balance |
|---|---|---|---|

### NET PAY DISTRIBUTION

| Account Number | Type | YTD |
|---|---|---|

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 386.95 | 59.91 | 0.00 | 327.04 |
| YTD | 15,603.44 | 2,480.50 | 0.00 | 13,122.94 |

Check Amount
Total Net Pay   327.04
                327.04

YOUTH ADVOCATE PROGRAMS, INC.
2007 NORTH 3RD STREET   HARRISBURG, PA 17102
(717) 232-7580

**717-232-7580**

Paul A. Flinchbaugh
1785 Rocky Rd
Dover, PA 17315

| | | |
|---|---|---|
| Paygroup | WEEKLY | |
| Location | PAYRK | |
| Region | PA | |
| Program | 003 | |
| Department | ADV | |
| Subgroup | 5001 | |

| | | |
|---|---|---|
| FIT | M | 0 |
| SIT res | M | 0 |
| SIT work | M | 0 |
| LIT res | M | 0 |
| LIT work | S | 0 |

10.00

Check No: 1718621
Check Date: 11/26/2018
Period Start: 11/12/2018
Period End: 11/18/2018
Job: ADV

Emp No 11060

## COMPANY MESSAGE

### EARNINGS

| Pay Type | Week | Job | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Bonus RT | | | | | | | | |
| DSTE | | | | | | | | |
| Group Hrs x Pay | 1 | Advocate P/T | | | | | | |
| Paperwork | 1 | Advocate P/T | | | 141.00 | | | 200.00 |
| Reimbursements | 1 | Advocate P/T | | | 19.25 | 7.0000 | 32.00 | 1,279.50 |
| Supervision | 1 | Advocate P/T | | | 4.00 | 7.2600 | 134.75 | 7,040.25 |
| Track Grp Time | 1 | Advocate P/T | | | | | 29.04 | 1,163.42 |
| Training | | | | | 1.50 | 7.2600 | 18.19 | 822.83 |
| Work Hours | 1 | Advocate P/T | | | 8.25 | | 10.89 | 471.93 |
| | | | | | 9.00 | | 95.00 | 7.26 |
| | | | | | | | | 3,996.50 |

Total Hours Worked  42.00       Total Hours  42.00

### DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income Tax | 14.76 | 765.04 |
| Employee Medicare | 3.91 | 186.75 |
| Social Security Empl | 16.72 | 798.52 |
| PA State Income Tax | 8.28 | 395.42 |
| YORK CITY | 1.00 | 46.00 |
| YORK | 3.78 | 180.31 |
| PA Unemployment Empl | 0.16 | 7.67 |

### EMPLOYEE ACCRUALS

| Accrual Description | Taken | Current | Balance |
|---|---|---|---|

### NET PAY DISTRIBUTION

| Account Number | Type | YTD |
|---|---|---|
| C98TNR0010000 | L06SF016818 | 271.26 |
| | | 271.26 |

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 319.87 | 48.61 | 0.00 | 271.26 |
| YTD | 14,981.69 | 2,379.71 | 0.00 | 12,601.98 |

Check Amount
Total Net Pay

YOUTH ADVOCATE PROGRAMS, INC.
2007 NORTH 3RD STREET   HARRISBURG, PA 17102
(717) 232-7580

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS
717-232-7580

Paul A. Flinchbaugh
1785 Rocky Rd
Dover, PA 17315

Emp No 11060

| | |
|---|---|
| Paygroup | WEEKLY |
| Location | PAYRK |
| Region | PA |
| Program | 003 |
| Department | ADV |
| Subgroup | 5001 |

| | | |
|---|---|---|
| FIT | M | 0 |
| SIT res | M | 0 |
| SIT work | M | 0 |
| LIT res | M | 0 |
| LIT work | S | 0 |

10.00

| | |
|---|---|
| Check No | 1717376 |
| Check Date | 11/19/2018 |
| Period Start | 11/5/2018 |
| Period End | 11/11/2018 |
| Job | ADV |

### COMPANY MESSAGE

### EARNINGS

| Pay Type | Week | Job | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Bonus RT | | | | | | | | |
| DSTE | | | | | 193.00 | | | 200.00 |
| Group Hrs x Pay | 1 | Advocate P/T | | | 22.00 | 7.0000 | 44.00 | 1,247.50 |
| Paperwork | 1 | Advocate P/T | | | 3.50 | 7.2600 | 154.00 | 6,905.50 |
| Reimbursements | 1 | Advocate P/T | | | | | 25.41 | 1,134.38 |
| Supervision | | | | | 1.25 | 7.2640 | | 804.64 |
| Track Grp Time | 1 | Advocate P/T | | | 8.50 | | 9.08 | 461.04 |
| Training | | | | | 8.50 | | | 7.26 |
| Work Hours | 1 | Advocate P/T | | | | | 90.00 | 3,901.50 |

Total Hours Worked  43.75      Total Hours  43.75

### DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income Tax | 15.64 | 750.28 |
| Employee Medicare | 4.03 | 182.84 |
| Social Security Empl | 17.26 | 781.80 |
| PA State Income Tax | 8.55 | 387.14 |
| YORK CITY | 1.00 | 45.00 |
| YORK | 3.90 | 176.53 |
| PA Unemployment Empl | 0.17 | 7.51 |

### EMPLOYEE ACCRUALS

| Accrual Description | Taken | Current | Balance |
|---|---|---|---|

### NET PAY DISTRIBUTION

| Account Number | Type | YTD |
|---|---|---|
| C98TNR0010000 L06SF016818 | | 271.94 |

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 322.49 | 50.55 | 0.00 | 271.94 |
| YTD | 14,661.82 | 2,331.10 | 0.00 | 12,330.72 |

Check Amount
Total Net Pay  271.94

| | Paul Flinchbaugh<br>1785 Rocky Rd<br>Dover, PA 17315 | | | Federal Exemption: 0<br>Federal Filing Status: Married | | Check Date: 12/07/2018<br>Period Ending Date: 11/30/2018<br>Check Number: 62799 | | | |
|---|---|---|---|---|---|---|---|---|---|

## Hours and Earnings

| | Current | | | Year-To-Date | |
|---|---|---|---|---|---|
| Earnings | Rate | Hours | Amount | Hours | Amount |
| Hourly | $12.78 | 80.00 | $1,022.40 | 1,666.00 | $20,355.51 |
| Overtime | $19.18 | 7.75 | $148.65 | 71.50 | $1,321.88 |
| Holiday | | | $0.00 | 26.00 | $459.68 |
| Sick | | | $0.00 | 45.00 | $530.10 |
| Vacation | | | $0.00 | 238.50 | $2,916.04 |
| Bonus | | | $0.00 | 1.00 | $2,700.00 |

## Other Information

### Account Information

| Payment Type | Acct Type | Account Number | Amount |
|---|---|---|---|
| EFT | Checking | | $766.91 |
| | | **Total Amount** | **$766.91** |

**Attendance Information:** 7/1/2018 through 11/30/2018

| Type | Carry-over | Accrued | Used | Credited | Remaining |
|---|---|---|---|---|---|
| Vacation | 126.00 | 80.00 | 106.50 | 0.00 | 99.50 |
| Sick | 9.50 | 20.00 | 0.00 | 0.00 | 29.50 |

| Pre-tax Deduct. | Current | YTD | Taxes | Current | YTD | After-tax Deduct. | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| HI-BA-EE-PT | $58.00 | $1,421.18 | Federal | $86.88 | $2,201.80 | LST | $2.00 | $50.00 |
| | | | PA W/H | $35.95 | $868.28 | Domestic Relations | $71.00 | $1,775.00 |
| | | | SUTA | $0.82 | $19.79 | 401K LOAN | $43.51 | $1,087.75 |
| | | | Local Tax | $16.39 | $395.95 | | | |
| | | | FICA | $89.59 | $2,163.67 | | | |

## EMPLOYER PAID BENEFITS

| Benefit ID | Current | YTD | Benefit ID | Current | YTD | Benefit ID | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Vision-EE-ER | $1.66 | $41.50 | EAP | $0.71 | $17.75 | | | |
| Dental-EE-ER | $11.04 | $262.36 | | | | | | |
| HI-Basic-EE-ER | $294.33 | $6,948.61 | | | | | | |
| 401K-PENSION | $70.26 | $1,696.99 | | | | | | |
| HI-Basic-EE-ER | $27.60 | $690.00 | | | | | | |

| | Gross Wages | - Pre-tax Deduct. | = Taxable Wages | Less Taxes | - After-tax Deduct. | = Net Pay |
|---|---|---|---|---|---|---|
| Current | $ 1,171.05 | $ 58.00 | $ 1,113.05 | $ 229.63 | $ 116.51 | $ 766.91 |
| Year-To-Date | $ 28,283.21 | $ 1,421.18 | $ 26,862.03 | $ 5,649.49 | $ 2,912.75 | $ 18,299.79 |



Bell Socialization Services
160 South George Street
York PA 17401-1408
717-848-5767

PNC Bank
PA

| CHECK DATE | CHECK NO. |
|---|---|
| 12/07/2018 | 62799 |
| CHECK AMOUNT | |

3804

PAY        VOIDED FOR DIRECT DEPOSIT                                            ********VOID********

TO
THE        Paul Flinchbaugh
ORDER      1785 Rocky Rd                                                        ********NON NEGOTIABLE********
OF         Dover, PA 17315

**NON-NEGOTIABLE**

Case 1:18-bk-05085-HWV   Doc 8   Filed 12/14/18   Entered 12/14/18 12:55:02   Desc
Main Document    Page 4 of 8

| Paul Flinchbaugh | Federal Exemption: 0 | Check Date: 10/12/2018 |
| 1785 Rocky Rd | Federal Filing Status: Married | Period Ending Date: 10/05/2018 |
| Dover, PA 17315 | | Check Number: 61898 |

## Hours and Earnings

| Earnings | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Hourly | $12.78 | 79.00 | $1,009.62 | 1,401.50 | $16,975.20 |
| Overtime | $19.18 | 4.50 | $86.31 | 55.25 | $1,010.20 |
| Holiday | | | $0.00 | 26.00 | $459.68 |
| Sick | | | $0.00 | 45.00 | $530.10 |
| Vacation | | | $0.00 | 226.50 | $2,762.68 |
| Bonus | | | $0.00 | 1.00 | $2,700.00 |

## Other Information

### Account Information

| Payment Type | Acct Type | Account Number | Amount |
|---|---|---|---|
| EFT | Checking | XX | $709.63 |
| | | Total Amount | $709.63 |

**Attendance Information:** 7/1/2018 through 10/5/2018

| Type | Carry-over | Accrued | Used | Credited | Remaining |
|---|---|---|---|---|---|
| Vacation | 126.00 | 48.00 | 94.50 | 0.00 | 79.50 |
| Sick | 9.50 | 12.00 | 0.00 | 0.00 | 21.50 |

| Pre-tax Deduct. | Current | YTD | Taxes | Current | YTD | After-tax Deduct. | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| HI-BA-EE-PT | $56.69 | $1,190.49 | Federal | $79.50 | $1,938.03 | LST | $2.00 | $42.00 |
| | | | PA W/H | $33.65 | $750.23 | Domestic Relations | $71.00 | $1,491.00 |
| | | | SUTA | $0.77 | $17.10 | 401K LOAN | $43.51 | $913.71 |
| | | | Local Tax | $15.34 | $342.12 | | | |
| | | | FICA | $83.84 | $1,869.49 | | | |

### EMPLOYER PAID BENEFITS

| Benefit ID | Current | YTD | Benefit ID | Current | YTD | Benefit ID | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Vision-EE-ER | $1.66 | $34.86 | EAP | $0.71 | $14.91 | | | |
| Dental-EE-ER | $10.42 | $218.82 | | | | | | |
| HI-Basic-EE-ER | $275.71 | $5,789.91 | | | | | | |
| 401K-PENSION | $65.76 | $1,466.27 | | | | | | |
| HI-Basic-EE-ER | $27.60 | $579.60 | | | | | | |

| | Gross Wages | - Pre-tax Deduct. | = Taxable Wages | Less Taxes | - After-tax Deduct. | = Net Pay |
|---|---|---|---|---|---|---|
| Current | $1,095.93 | $56.69 | $1,039.24 | $213.10 | $116.51 | $709.63 |
| Year-To-Date | $24,437.86 | $1,190.49 | $23,247.37 | $4,916.97 | $2,446.71 | $15,883.69 |



Bell Socialization Services
160 South George Street
York PA 17401-1408
717-848-5767

PNC Bank
PA

| CHECK DATE | CHECK NO. |
|---|---|
| 10/12/2018 | 61898 |
| CHECK AMOUNT | |

3804

PAY    VOIDED FOR DIRECT DEPOSIT                    ********VOID********

TO
THE
ORDER    Paul Flinchbaugh
OF       1785 Rocky Rd
         Dover, PA 17315                            ********NON NEGOTIABLE********

**NON-NEGOTIABLE**

Case 1:18-bk-05085-HWV   Doc 8   Filed 12/14/18   Entered 12/14/18 12:55:02   Desc
Main Document      Page 5 of 8

Paul Flinchbaugh
1785 Rocky Rd
Dover, PA 17315

Federal Exemption: 0
Federal Filing Status: Married

Check Date: 09/28/2018
Period Ending Date: 09/21/2018
Check Number: 61589

## Hours and Earnings

| Earnings | Current Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Hourly | $12.78 | 79.50 | $1,016.01 | 1,322.50 | $15,965.58 |
| Overtime | $19.18 | 3.50 | $67.13 | 50.75 | $923.89 |
| Holiday | | | $0.00 | 26.00 | $459.68 |
| Sick | | | $0.00 | 45.00 | $530.10 |
| Vacation | | | $0.00 | 226.50 | $2,762.68 |
| Bonus | | | $0.00 | 1.00 | $2,700.00 |

## Other Information

### Account Information

| Payment Type | Acct Type | Account Number | Amount |
|---|---|---|---|
| EFT | Checking | X... | $699.69 |
| | | Total Amount | $699.69 |

**Attendance Information:** 7/1/2018 through 9/21/2018

| Type | Carry-over | Accrued | Used | Credited | Remaining |
|---|---|---|---|---|---|
| Vacation | 126.00 | 32.00 | 94.50 | 0.00 | 63.50 |
| Sick | 9.50 | 8.00 | 0.00 | 0.00 | 17.50 |

| Pre-tax Deduct. | Current | YTD | Taxes | Current | YTD | After-tax Deduct. | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| HI-BA-EE-PT | $56.69 | $1,133.80 | Federal | $78.22 | $1,858.53 | LST | $2.00 | $40.00 |
| | | | PA W/H | $33.25 | $716.58 | Domestic Relations | $71.00 | $1,420.00 |
| | | | SUTA | $0.76 | $16.33 | 401K LOAN | $43.51 | $870.20 |
| | | | Local Tax | $15.16 | $326.78 | | | |
| | | | FICA | $82.86 | $1,785.65 | | | |

## EMPLOYER PAID BENEFITS

| Benefit ID | Current | YTD | Benefit ID | Current | YTD | Benefit ID | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Vision-EE-ER | $1.66 | $33.20 | EAP | $0.71 | $14.20 | | | |
| Dental-EE-ER | $10.42 | $208.40 | | | | | | |
| HI-Basic-EE-ER | $275.71 | $5,514.20 | | | | | | |
| 401K-PENSION | $64.99 | $1,400.51 | | | | | | |
| HI-Basic-EE-ER | $27.60 | $552.00 | | | | | | |

| | Gross Wages | - Pre-tax Deduct. | = Taxable Wages | Less Taxes | - After-tax Deduct. | = Net Pay |
|---|---|---|---|---|---|---|
| Current | $ 1,083.14 | $ 56.69 | $ 1,026.45 | $ 210.25 | $ 116.51 | $ 699.69 |
| Year-To-Date | $ 23,341.93 | $ 1,133.80 | $ 22,208.13 | $ 4,703.87 | $ 2,330.20 | $ 15,174.06 |

Bell Socialization Services
160 South George Street
York PA 17401-1408
717-848-5767

PNC Bank
PA

3804

| CHECK DATE | CHECK NO. |
|---|---|
| 09/28/2018 | 61589 |
| CHECK AMOUNT | |

PAY    VOIDED FOR DIRECT DEPOSIT                            ********VOID********

TO
THE        Paul Flinchbaugh
ORDER      1785 Rocky Rd
OF         Dover, PA 17315                                  ********NON NEGOTIABLE********

NON-NEGOTIABLE

| Paul Flinchbaugh<br>1785 Rocky Rd<br>Dover, PA 17315 | Federal Exemption: 0<br>Federal Filing Status: Married | Check Date: 08/31/2018<br>Period Ending Date: 08/24/2018<br>Check Number: 61066 |
|---|---|---|

## Hours and Earnings

| Earnings | Current Rate | Current Hours | Current Amount | Year-To-Date Hours | Year-To-Date Amount |
|---|---|---|---|---|---|
| Hourly | $12.78 | 42.00 | $536.76 | 1,203.50 | $14,444.76 |
| Overtime | $19.18 | 3.50 | $67.13 | 47.25 | $856.76 |
| Vacation | $12.78 | 39.00 | $498.42 | 183.00 | $2,206.75 |
| Holiday | | | $0.00 | 26.00 | $459.68 |
| Sick | | | $0.00 | 45.00 | $530.10 |
| Bonus | | | $0.00 | 1.00 | $2,700.00 |

## Other Information

### Account Information

| Payment Type | Acct Type | Account Number | Amount |
|---|---|---|---|
| EFT | Checking | X: | $714.61 |
| | | **Total Amount** | **$714.61** |

**Attendance Information:** 7/1/2018 through 8/24/2018

| Type | Carry-over | Accrued | Used | Credited | Remaining |
|---|---|---|---|---|---|
| Vacation | 126.00 | 16.00 | 51.00 | 0.00 | 91.00 |
| Sick | 9.50 | 4.00 | 0.00 | 0.00 | 13.50 |

| Pre-tax Deduct. | Current | YTD | Taxes | Current | YTD | After-tax Deduct. | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| HI-BA-EE-PT | $56.69 | $1,020.42 | Federal | $80.14 | $1,704.33 | LST | $2.00 | $36.00 |
| | | | PA W/H | $33.84 | $650.77 | Domestic Relations | $71.00 | $1,278.00 |
| | | | SUTA | $0.77 | $14.83 | 401K LOAN | $43.51 | $783.18 |
| | | | Local Tax | $15.43 | $296.77 | | | |
| | | | FICA | $84.32 | $1,621.64 | | | |

## EMPLOYER PAID BENEFITS

| Benefit ID | Current | YTD | Benefit ID | Current | YTD | Benefit ID | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Vision-EE-ER | $1.66 | $29.88 | EAP | $0.71 | $12.78 | | | |
| Dental-EE-ER | $10.42 | $187.56 | | | | | | |
| HI-Basic-EE-ER | $275.71 | $4,962.78 | | | | | | |
| 401K-PENSION | $66.14 | $1,271.88 | | | | | | |
| HI-Basic-EE-ER | $27.60 | $496.80 | | | | | | |

| | Gross Wages | - Pre-tax Deduct. | = Taxable Wages | Less Taxes | - After-tax Deduct. | = Net Pay |
|---|---|---|---|---|---|---|
| Current | $1,102.31 | $56.69 | $1,045.62 | $214.50 | $116.51 | $714.61 |
| Year-To-Date | $21,198.05 | $1,020.42 | $20,177.63 | $4,288.34 | $2,097.18 | $13,792.11 |



Bell Socialization Services
160 South George Street
York PA 17401-1408
717-848-5767

PNC Bank
PA

3804

| CHECK DATE | CHECK NO. |
|---|---|
| 08/31/2018 | 61066 |
| **CHECK AMOUNT** | |

PAY      VOIDED FOR DIRECT DEPOSIT                                    ********VOID********

TO
THE       Paul Flinchbaugh
ORDER     1785 Rocky Rd
OF        Dover, PA 17315                                             ********NON NEGOTIABLE********

**NON-NEGOTIABLE**

| Paul Flinchbaugh | Federal Exemption: 0 | Check Date: 08/17/2018 |
| --- | --- | --- |
| 1785 Rocky Rd | Federal Filing Status: Married | Period Ending Date: 08/10/2018 |
| Dover, PA 17315 | | Check Number: 60834 |

## Hours and Earnings

| | Current | | | Year-To-Date | |
| --- | --- | --- | --- | --- | --- |
| Earnings | Rate | Hours | Amount | Hours | Amount |
| Hourly | $12.78 | 79.50 | $1,016.01 | 1,161.50 | $13,908.00 |
| Overtime | $19.18 | 3.50 | $67.13 | 43.75 | $789.63 |
| Holiday | | | $0.00 | 26.00 | $459.68 |
| Sick | | | $0.00 | 45.00 | $530.10 |
| Vacation | | | $0.00 | 144.00 | $1,708.33 |
| Bonus | | | $0.00 | 1.00 | $2,700.00 |

## Other Information

### Account Information

| Payment Type | Acct Type | Account Number | Amount |
| --- | --- | --- | --- |
| EFT | Checking | XXX | $699.69 |
| | | Total Amount | $699.69 |

**Attendance Information:** 7/1/2018 through 8/10/2018

| Type | Carry-over | Accrued | Used | Credited | Remaining |
| --- | --- | --- | --- | --- | --- |
| Vacation | 126.00 | 16.00 | 12.00 | 0.00 | 130.00 |
| Sick | 9.50 | 4.00 | 0.00 | 0.00 | 13.50 |

| Pre-tax Deduct. | Current | YTD | Taxes | Current | YTD | After-tax Deduct. | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| HI-BA-EE-PT | $56.69 | $963.73 | Federal | $78.22 | $1,624.19 | LST | $2.00 | $34.00 |
| | | | PA W/H | $33.25 | $616.93 | Domestic Relations | $71.00 | $1,207.00 |
| | | | SUTA | $0.76 | $14.06 | 401K LOAN | $43.51 | $739.67 |
| | | | Local Tax | $15.16 | $281.34 | | | |
| | | | FICA | $82.86 | $1,537.32 | | | |

## EMPLOYER PAID BENEFITS

| Benefit ID | Current | YTD | Benefit ID | Current | YTD | Benefit ID | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Vision-EE-ER | $1.66 | $28.22 | EAP | $0.71 | $12.07 | | | |
| Dental-EE-ER | $10.42 | $177.14 | | | | | | |
| HI-Basic-EE-ER | $275.71 | $4,687.07 | | | | | | |
| 401K-PENSION | $64.99 | $1,205.74 | | | | | | |
| HI-Basic-EE-ER | $27.60 | $469.20 | | | | | | |

| | Gross Wages | - Pre-tax Deduct. | = Taxable Wages | Less Taxes | - After-tax Deduct. | = Net Pay |
| --- | --- | --- | --- | --- | --- | --- |
| Current | $ 1,083.14 | $ 56.69 | $ 1,026.45 | $ 210.25 | $ 116.51 | $ 699.69 |
| Year-To-Date | $ 20,095.74 | $ 963.73 | $ 19,132.01 | $ 4,073.84 | $ 1,980.67 | $ 13,077.50 |

Bell Socialization Services
160 South George Street
York PA 17401-1408
717-848-5767

PNC Bank
PA

3804

| CHECK DATE | CHECK NO. |
| --- | --- |
| 08/17/2018 | 60834 |
| CHECK AMOUNT | |

PAY       VOIDED FOR DIRECT DEPOSIT                    ********VOID********

TO
THE       Paul Flinchbaugh
ORDER     1785 Rocky Rd
OF        Dover, PA 17315                              ********NON NEGOTIABLE********

**NON-NEGOTIABLE**